# Exhibit A
# Declaration of Sharon K. Segner

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LSP Transmission Holdings II, LLC, LS Power Midcontinent, LLC, Central Transmission, LLC, and LS Power Grid DRS Holdings, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>James F. Huston, Chairman, Indiana Utility Regulatory Commission, Wesley R. Bennett, Commissioner, Indiana Utility Regulatory Commission, Sarah E. Freeman, Commissioner, Indiana Utility Regulatory Commission, David E. Veleta, Commissioner, Indiana Utility Regulatory Commission, and David E. Ziegner, Commissioner, Indiana Utility Regulatory Commission, each in his or her official capacity,<br><br>*Defendants*. | No. _____ |

## DECLARATION OF SHARON K. SEGNER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Sharon K. Segner, declare as follows:

1. I am over the age of 18 and competent to make this Declaration. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, I could and would testify under oath as follows.

2. I am currently Senior Vice President, Transmission Policy, at LSP Transmission Holdings II, LLC ("LSP"), and I have worked for LSP and related entities since June 2009. I maintain an office at 1455 Pennsylvania Avenue NW, Suite 474, Washington DC 20004.

3. In my role at LSP, I am familiar with LSP subsidiaries' and affiliates' efforts to

become eligible to participate in the competitive processes through which Independent System Operators ("ISOs") and Regional Transmission Organizations ("RTOs") award new electric transmission projects consistent with the competitive developer reforms in the Federal Energy Regulatory Commission's ("FERC") Order No. 1000. I am also familiar with the procedures by which the Midwest Independent Operator System ("MISO") and PJM Interconnection, LLC ("PJM") award new electric transmission projects in Indiana.

    4.     Currently, LSP subsidiaries and affiliates are qualified as transmission developers in transmission planning regions administered by the California Independent System Operator Corporation, ("CAISO"); Florida Reliability Coordinating Council; ISO New England Inc.; Midcontinent Independent System Operator, Inc. ("MISO"); New York Independent System Operator, Inc. ("NYISO"); NorthernGrid; PJM Interconnection, LLC ("PJM"); SPP; and WestConnect Regional Planning ("WestConnect").

    5.     With respect to Indiana:

        a. LSP affiliates and subsidiaries Verdant Plains Electric, LLC, Republic Transmission, LLC ("Republic"), Cardinal Point Electric, LLC, and LS Power Midcontinent, LLC, are qualified transmission development companies in MISO, and therefore are eligible to bid on and be assigned FERC Order No. 1000 projects in the MISO portions of Indiana.[1] I expect that all of these entities will remain qualified transmission developers (and will thus be qualified to bid on and be assigned MISO projects) in 2025.

        b. LSP subsidiary Central Transmission, LLC ("Central Transmission"), is qualified in PJM is therefore eligible to bid on and be assigned FERC Order

---

[1] MISO, *Qualified Transmission Developers* (Mar. 18, 2024), https://tinyurl.com/ycxrzd29.

2

No. 1000 projects in the PJM portions of Indiana.[2] I expect that Central Transmission will remain qualified to bid on and be assigned PJM projects in 2025.

6. In December 2016, Republic was selected to build the very first new project that MISO competitively awarded in Indiana under FERC Order No. 1000, known as the Duff-Coleman project. MISO evaluated comprehensive proposals from 11 companies—including five Indiana incumbents—based on four FERC-approved criteria, concluding that Republic's proposal was "the clear and decisive winner."[3] Republic completed that project in June 2020—more than six months ahead of schedule. In May 2023, MISO selected Republic for another competitive project in Indiana—the Hiple to IN/MI State Border project—which was first new project that MISO competitively awarded in Indiana through Tranche 1 of its Long Range Transmission Planning initiative ("LRTP").[4] This time, Republic's proposal was selected over six competing proposals from other transmission developers.

7. MISO's Board of Directors has announced that it plans to approve approximately $21 billion in new electricity transmission projects—Tranche 2.1 of the LRTP initiative—when it meets on December 10-12, 2024.[5] According to the most recent information I have received from

---

[2] PJM, *Pre-Qualification for Designated Entity Status*, https://tinyurl.com/v9z38sa8 (last visited Oct. 1, 2024) (listing "LS Power Group" as a pre-qualified entity and providing access to filings with further detail on qualified LSP affiliates).

[3] *See* MISO, *Selection Report: Duff-Coleman EHV 345 kV Competitive Transmission Project* 3-4 (Dec. 20, 2016), https://tinyurl.com/7khvstjy.

[4] MISO, *Selection Report: Hiple to IN/MI State Border 345 kV Competitive Transmission Project* (May 11, 2023), https://tinyurl.com/5ac378zx.

[5] MISO, Sys. Planning Comm. of the Bd. of Dirs., *Reliability Imperative: Long Range & Interregional Transmission Planning* 2, 11, 13 (Sept. 17, 2024), https://tinyurl.com/2t3y59y8. A true and correct copy of this document is attached as Exhibit B to Plaintiffs' Motion for Preliminary Injunction.

MISO, a significant portion of these projects—collectively worth approximately $2.7 billion—are wholly or partially located in Indiana.[6] This includes a new 765 kV transmission line from the Greentown substation in Howard County to the Sorenson substation in Huntington County; a new 765 kV transmission line from the Sorenson substation to a new substation (i.e., Lulu) in southeastern Michigan; a new 765 kV transmission line from the Reynolds substation in White County to the Woodford County substation in central Illinois; a new 345 kV transmission line from the Burr Oak substation in Marshall County to the Schahfer substation in Jasper County; two new substations and new 345 kV transmission lines in southwest Indiana, crossing into Kentucky; several 345 kV projects in southeast Indiana.[7]

8. Based on my experience and recent RTO and ISO awards in states with right-of-first-refusal laws, it is my understanding that unless this Court enjoins enforcement of HEA 1420 before December 10, 2024, MISO will award all of these new projects to incumbents without giving LSP an opportunity to compete for them. *See* MISO, FERC Electric Tariff, Attachment FF, §VIII.A.1 (Sept. 26, 2024), https://tinyurl.com/mr2ha47c ("MISO Tariff"). In July 2022, for example, MISO assigned all of its LRTP Tranche 1 projects in Iowa to incumbent utilities because Iowa had a right-of-first-refusal law in effect at the time of their assignment. *See* Br. of Amicus Curiae MISO, at 20-21, *LS Power Midcontinent, LLC v. Iowa*, No. 24-0641 (Iowa July 2, 2024) ("MISO Amicus Br."); Iowa Code §478.16(2).

9. If this Court enjoins enforcement of HEA 1420 before December 10, 2024, however, MISO will almost certainly award some or all of the LRTP Tranche 2.1 projects in

---

[6] MISO, *LRTP Tranche 2.1 Portfolio Update* 2 (Sept. 24, 2024), https://tinyurl.com/4v7ky4xf. A true and correct copy of this document is attached as Exhibit C to Plaintiffs' Motion for Preliminary Injunction.

[7] *Id.*

4

Indiana on a competitive basis pursuant to Attachment FF, §VIII.B of its tariff. MISO's tariff provides that MISO will respect all "judgments," "orders," and "directives" from any court having jurisdiction over "market participants" (such as LSP Midcontinent and LS Power Grid) and the transmission customers they serve. MISO Tariff, Module A, §II.1.A (Definitions – A) (69.0.0) (defining "Applicable Laws and Regulations"); *see id.* §II.1.M (Definitions – M) (78.0.0); *id.* §II.1.P (Definitions – P) (66.0.0). Accordingly, MISO has made clear that, when awarding new transmission projects, it will not give effect to a state-law right of first refusal that a court has held invalid. *See* MISO Amicus Br.20-21.

10. If the LRTP Tranche 2.1 projects in Indiana are opened to competitive bidding, LSP subsidiaries and affiliates not only will be eligible to bid on and be awarded those projects; they will be strong competitors. An LSP affiliate has already won two of the first competitive projects that MISO awarded in Indiana, namely the Duff to Coleman project and Hiple to Indiana/Michigan State Border project. Moreover, LSP subsidiaries and affiliates have won a number of competitive projects from other ISOs and RTOs, including CAISO, NYISO, and PJM. And LSP subsidiaries and affiliates are particularly well positioned to compete for the planned MISO Tranche 2.1 projects in Indiana, as LSP already has significant assets in the state due to its work on the Duff to Coleman and Hiple to Indiana/Michigan State Border projects.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 1st of October, 2024, in Rome, Italy.

*Sharon K. Segner*
Sharon K. Segner