# **Exhibit B**

MISO Planning Slide Show
(September 17, 2024)



# Reliability Imperative: Long Range & Interregional Transmission Planning

System Planning Committee of the Board of Directors

September 17, 2024

# Executive Summary



- The Tranche 2.1 and MISO-SPP Joint Targeted Interconnection Queue (JTIQ) portfolios are approaching the final steps towards Board action, which is targeted for December

- MISO has followed its comprehensive planning process to develop a least-regrets, robust Tranche 2.1 portfolio that enables the future grid as planned by MISO Members

- The benefits of the near-final solutions are being determined through the business case analysis with stakeholder engagement



# Approval of the SPP-MISO Joint Targeted Interconnection Queue (JTIQ) portfolio is pending approval of necessary FERC filings which were submitted mid-August

☑ Agreement reached on cost allocation

☑ Selected for Department of Energy grant

☑ Finalize cost allocation and study process Tariff language

☑ Seek FERC approval of Tariff revisions in 2024

→ Request Board approval*

☑ Complete    ☐ To Do



* Request for Board approval is subject to regulatory approval of the Tariff revisions

3 | System Planning Committee, September 17, 2024



Through a comprehensive planning process, MISO is developing robust, least-regrets, regional solutions for Tranche 2.1 that reliably and efficiently enable the goals and objectives of its Members and states

**7-Step Process**



- Recognize Member and state goals across the entire footprint

- Define a forward-looking resource expansion which conforms to Member goals

- Identify a least-regrets transmission buildout that hedges uncertainty

- Focus on regional transmission solutions, rather than localized issues



Tranche 2.1 work began with an update to MISO's Futures and a conceptual map; key questions and scenarios were supplemented by a 'conversation starter' map to inspire stakeholder discussions





How do assumptions impact the future resource mix?

Under what conditions do lines provide value?

What blend of 345 kV, 765 kV and HVDC* is best?

Will the projects in the Tranche 2.1 provide robust solutions?

Does the portfolio provide benefits consistent with the Tariff?

What are the impacts of other late-stage transmission projects?

* HVDC – High Voltage Direct Current



# Regional analysis identified specific reliability and economic issues that Tranche 2.1 transmission solutions would need to address, driving the creation of a draft portfolio

## WEST

- 20% of the facilities are overloaded
- Annual curtailments exceed 15%
- Increase of energy losses over transmission lines from 2.5% to 11%

|  | RELIABILITY ISSUES | | ECONOMIC ISSUES | |
|---|---|---|---|---|
| kV | Unique overloads | Max loading % | Unique Needs | Binding Hours |
| 345 | 66 | 206 | 28 | 1,000-4,000 |
| 230 | 41 | 208 | 17 | 150-4,100 |
| <200 | 496 | 263 | 76 | 50-6,000 |

## CENTRAL

- 10% of the facilities are overloaded
- Transmission needed to enable transfer of power between East and West
- Anticipate more needs will be determined through transfer sensitivities and multi-element contingencies

| kV | Unique overloads | Max loading % | Unique Needs | Binding Hours |
|---|---|---|---|---|
| 345 | 21 | 171 | 23 | 11-2,500 |
| 230 | 13 | 142 | 5 | 25-960 |
| <200 | 158 | 191 | 53 | 20-2,560 |

## EAST

- 10% of the facilities are overloaded
- Annual curtailments exceed 15%
- Transmission needed to mitigate import and export power swings between day and night

| kV | Unique overloads | Max loading % | Unique Needs | Binding Hours |
|---|---|---|---|---|
| 345 | 7 | 113 | 3 | 60-135 |
| <200 | 159 | 223 | 42 | 10-2,400 |



# These results drove the selection of a 765 kV backbone which provides increased transfer capability and minimizes land use to support the flows identified in analyses

**1** **765 kV Circuit**

**=**



**3 - 500 kV Circuits**

**OR**

**6 - 345 kV Single Circuits**

**OR**

**3 – 345 kV Double Circuits**

## TRANSMISSION TECHNOLOGY



MISO dedicated time at Planning Advisory Committee meetings to explore and discuss technologies and their potential role in Tranche 2.1

- High Voltage Direct Current Transmission (HVDC)

- 765 kV vs. Other Voltages

- Grid Enhancing Technologies



# The initial draft portfolio was identified and shared with stakeholders based on potential solutions to these identified issues



**LRTP Tranche 2.1**

Projects as of 03/04/2024



# After reviewing stakeholder-submitted alternative solutions, MISO added seven projects to the portfolio, replaced one project and took no action on seven other projects

### Alternative Screening Summary of 97 Solutions

Pie chart segments: Screened out, Future Consideration, In Portfolio, Local, Reviewed

| | |
|---|---|
| **Reviewed** | An alternative or variations will be considered for Tranche 2.1<br><br>• Alternative may be considered as submitted<br>• Only part of an alternative may be considered<br>• Alternative may be modified before considering<br>• Two or more alternatives or their components may be combined to create a new alternative for consideration |
| **Future Consideration** | May be considered as possible solutions in future planning initiatives including, but not limited to, future LRTP initiatives |
| **In Portfolio** | Represents proposed facilities already included in the March LRTP Tranche 2.1 initial proposed portfolio |
| **Local** | Mainly resolving local issues |
| **Screened Out** | Will not be considered in the current LRTP Tranche 2.1 based on initial screening |



# Robustness testing considered the impact of projects with and without the proposed portfolio and portfolio adjustments; no Tranche 2.1 projects demonstrated the need for additions, removal or modification

**ROBUSTNESS TESTING**

Considerations include signed Transmission Construction Agreements for Merchant HVDC projects (Grain Belt Express), JTIQ, key MTEP23 & MTEP24

Test on most severe models with the portfolio included

Determine need for further review of portfolio, and potential modification, removal or replacement of projects

**RESULTS**

✓ Key projects from MTEP23 and MTEP24 *provide local benefits consistent with their justification* to remain in MTEP

✓ JTIQ projects have a *positive impact on reducing overloads and loadings* on monitored facilities

✓ Grain Belt Express shows *mixed results* which did not change the needs driving the LRTP portfolio



# This near-final portfolio will continue to be refined through business case analysis, with an estimated cost of approximately $21 billion

**Near-Final Tranche 2.1**
Projects as of 07/12/2024





# The business case analysis will be shared with stakeholders for feedback to ensure the portfolio's benefits are well understood

**Portfolio Business Case Metrics**

- Avoided capacity cost
- Capacity savings from reduction in losses*
- Congestion and fuel savings
- Energy savings from losses*
- Reduced transmission outage costs*
- Mitigation of reliability issues*
- Reduced risks from extreme weather impacts
- Avoided transmission investment
- Decarbonization

**Additional Project Benefits**

- Improved reliability
- Reduced generation curtailment
- Alleviated congestion

**MISO has been working with stakeholders since January 2023 to develop and refine benefit metrics**

- Added Future 1A scenario to avoid overstating transmission needs

- Eliminated resource adequacy metric to avoid potential overlap of metrics

- Made metrics equal for congestion and fuel savings to focus solely on transmission value

- Enhanced reduced risks from extreme weather impacts to prevent overstating of weather events

- Incorporated additional benefits to recognize transmission value (i.e., energy and capacity savings from reduced losses, mitigation of reliability issues)

* New compared to Tranche 1 benefit metrics



The final steps leading up to the Board approval process for Tranche 2.1 will include more workshops and review/approval of the full report by the Planning Advisory Committee



