# Exhibit C

## LRTP Tranche 2.1 Portfolio Update (September 24, 2024)



# LRTP Tranche 2.1 Portfolio Update

LRTP Workshop

September 24, 2024

# Final LRTP Tranche 2.1 Portfolio



**Final Tranche 2.1**
Projects as of Sep 24, 2024

As of 9/24/2024

| ID | Project Description | Predominate kV | Targeted ISD | Est. Cost ($M, 2024) |
|---|---|---|---|---|
| 19 | Bison - Alexandria | 345 | 2032 | $216 |
| 20 | Maple - Cuyuna | 345 | 2032 | $908 |
| 21 | Iron Range - Arrowhead | 345 | 2032 | $428 |
| 22 | Big Stone South - Brookings County - Lakefield Junction | 765 | 2034 | $1,459 |
| 23 | Lakefield Junction - East Adair | 765 | 2034 | $1,375 |
| 24 | Lakefield Junction - Pleasant Valley - North Rochester | 765 | 2034 | $1,166 |
| 25 | Pleasant Valley - North Rochester - Hampton Corner | 345 | 2032 | $222 |
| 26 | North Rochester - Columbia | 765 | 2034 | $1,924 |
| 27 | Rocky Run - Werner - North Appleton | 345 | 2032 | $212 |
| 28 | South Fond du Lac - Rockdale - Big Bend - Sugar Creek - Kitty Hawk | 345 | 2032 | $1,102 |
| 29 | Bluemond - Arcadian - Waukesha - Muskego - Elm Road - Racine | 345 | 2032 | $731 |
| 30 | Columbia - Sugar Creek | 765 | 2034 | $743 |
| 31 | Sugar Creek - Collins | 765 | 2033 | $733 |
| 32 | Ludington - Denver - Tittabawassee & Nelson Road | 345 | 2032 | $1,553 |
| 33 | Greentown - Sorenson - Lulu | 765 | 2033 | $1,310 |
| 34 | Oneida - Sabine Lake - Blackfoot & Majestic | 345 | 2032 | $584 |
| 35 | Southwest Indiana-Kentucky | 345 | 2032 | $743 |
| 36 | Southeast Indiana | 345 | 2032 | $578 |
| 37 | Maywood - Belleau - MRPD - Siuox - Bugle | 345 | 2032 | $888 |
| 38 | East Adair - Marshalltown - Sub T | 765 | 2034 | $1,583 |
| 39 | Lehigh - Marshalltown - Franklin North & Montezuma | 345 | 2032 | $588 |
| 40 | Sub T - Woodford County - Collins & Reynolds | 765 | 2033 | $2,298 |
| 41 | Woodford County - Fargo & Radbourn | 345 | 2032 | $422 |
| 42 | Burr Oak - Schahfer | 345 | 2032 | $68 |
|  | **Total Portfolio Cost** |  | Total | **$21,830** |

- 24 projects across the MISO Midwest Subregion
- Estimated at $21.8 billion
- In service dates range from 2032 to 2034*

2    *Costs as of 9/19/2024 in 2024$. Tranche 2.1 project numbering starts at 19 to continue the LRTP project numbering from LRTP Tranche 1 that ended with 18.

MISO

# MISO has posted a detailed MTEP 24 Appendix A for all 300+ facilities in the Tranche 2.1 Portfolio

MTEP Appendix A facility-level details, include:



3



# Questions?

LRTP Website

[Long Range Transmission Planning (misoenergy.org)](https://misoenergy.org)

LRTP Help Center

[Help Center (misoenergy.org)](https://misoenergy.org)

