**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

LSP TRANSMISSION HOLDINGS II, LLC, LS
POWER MIDCONTINENT, LLC, CENTRAL
TRANSMISSION, LLC, and LS POWER GRID
DRS HOLDINGS, LLC,

      *Plaintiffs*,

      v.

JAMES F. HUSTON, Chairman, Indiana Utility
Regulatory Commission, WESLEY R.
BENNETT, Commissioner, Indiana Utility
Regulatory Commission, SARAH E.
FREEMAN, Commissioner, Indiana Utility
Regulatory Commission, DAVID E. VELETA,
Commissioner, Indiana Utility Regulatory
Commission, and DAVID E. ZIEGNER,
Commissioner, Indiana Utility Regulatory
Commission, each in his or her official
capacity,

      *Defendants*.

No. 1:24-cv-01722-TWP-MG

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff LSP Transmission Holdings II, LLC states that its shares are not publicly traded, its parent company is LS Power Associates, LP, and no publicly-held company owns 10% or more of its shares.

Dated: October 2, 2024                                Respectfully submitted,

                                                      /s/ *Todd A. Richardson*

Paul D. Clement*                                      Todd A. Richardson
Erin E. Murphy*                                       James E. Zoccola
Matthew D. Rowen*                                     Thomas R. Jones
Joseph J. DeMott*                                     LEWIS KAPPES, P.C.
CLEMENT & MURPHY, PLLC                                One American Square
706 Duke Street                                       Suite 2500
Alexandria, VA 22314                                  Indianapolis, IN 46282
(202) 742-8900                                        (317) 639-1210
                                                      TRichardson@lewis-kappes.com
*Pro hac vice application forthcoming                 JZoccola@lewis-kappes.com
                                                      TJones@lewis-kappes.com

*Counsel for Plaintiffs*

2