**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| LSP TRANSMISSION HOLDINGS II, LLC,<br>LS POWER MIDCONTINENT, LLC,<br>CENTRAL TRANSMISSION, LLC,<br>LS POWER GRID DRS HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHAIRMAN JAMES F. HUSTON Indiana Utility<br>Regulatory Commission,<br>COMMISSIONER WESLEY R. BENNETT<br>Indiana Utility Regulatory Commission,<br>COMMISSIONER SARAH E. FREEMAN<br>Indiana Utility Regulatory Commission,<br>COMMISSIONER DAVID E. VELETA Indiana<br>Utility Regulatory Commission,<br>COMMISSIONER DAVID E. ZIEGNER Indiana<br>Utility Regulatory Commission,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:24-cv-01722-TWP-MG |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Preliminary Injunction (Filing No. 4). Parties are to meet with Magistrate Judge Mario Garcia to discuss a discovery plan, briefing schedule, and to determine a date for the hearing on preliminary injunctive relief, if needed, as well as the estimated time required for such hearing. Counsel for Plaintiffs shall serve a copy of this order on Defendants.

**IT IS SO ORDERED.**

Date:   10/3/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Paul D. Clement
Clement & Murphy, PLLC
paul.clement@clementmurphy.com

Thomas R Jones
Lewis Kappes
tjones@lewis-kappes.com

Todd Arthur Richardson
LEWIS & KAPPES PC
trichardson@lewis-kappes.com

James E. Zoccola
LEWIS & KAPPES PC
jzoccola@lewis-kappes.com