**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LSP Transmission Holdings II, LLC, LS Power Midcontinent, LLC, Central Transmission, LLC, and LS Power Grid DRS Holdings, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> James F. Huston, Chairman, Indiana Utility Regulatory Commission, Wesley R. Bennett, Commissioner, Indiana Utility Regulatory Commission, Sarah E. Freeman, Commissioner, Indiana Utility Regulatory Commission, David E. Veleta, Commissioner, Indiana Utility Regulatory Commission, and David E. Ziegner, Commissioner, Indiana Utility Regulatory Commission, each in his or her official capacity, <br><br> *Defendants*. | No. 1:24-cv-01722-TWP-MG |

**JOINT PROPOSED SCHEDULING ORDER**

The Parties, each by counsel, and consistent with the Court's October 3, 2024 Scheduling Order (Dkt. 19), have conferred to discuss a discovery plan, briefing schedule, and a proposed date and estimated duration on Plaintiffs' Motion for Preliminary Injunction (Dkt. 4) (the "Motion"). The Parties now submit the following proposed schedule:

**I.** Expedited discovery related to the Motion shall be completed no later than **October 23, 2024**. To the extent any discovery is necessary, the Parties and any intervenors shall cooperate in good faith to limit discovery to that which is reasonably necessary to address the issues raised in the Motion. To the extent a dispute arises as to the scope of requests discovery or the reasonably necessity of the requested discovery, the Parties shall request an attorney

conference with the Magistrate Judge to obtain guidance from the Court.

**II.**        Defendants and any intervening parties shall file their Response(s) to the Motion no later than **November 4, 2024.**

**III.**        Plaintiffs shall file their Reply to Defendants' (and any intervenors') Response(s) no later than **November 15, 2024**.

**IV.**        If the Court finds that an oral argument or evidentiary hearing would be helpful to its adjudication of the Motion, the Parties propose the Court set such a hearing for 90 minutes during the week of November 18, 2024, with each side being afforded 45 minutes.


Respectfully submitted on October 9, 2024.


*Signature page follows.*

| *Counsel for Plaintiffs* | *Counsel for Defendants* |
|---|---|

<u>*/s/ Todd A. Richardson*</u>

Todd A. Richardson
James E. Zoccola
Thomas R. Jones
LEWIS KAPPES, P.C.
One American Square, Ste. 2500
Indianapolis, IN 46282
Tel: (317) 639-1210
Fax: (317) 639-1200
TRichardson@lewis-kappes.com
JZoccola@lewis-kappes.com
TJones@lewis-kappes.com

Paul D. Clement*
Erin E. Murphy*
Matthew D. Rowen*
Joseph J. DeMott*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
Paul.Clement@clementmurphy.com
Erin.Murphy@clementmurphy.com
Matthew.Rowen@clementmurphy.com
Joseph.DeMott@clementmurphy.com

*Admitted Pro Hac Vice

<u>*/s/ Bradley S. David (w/ permission)*</u>

Bradley S. Davis
Rebekah P. Durham
Jade A. Poorman
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204
Tel: (317) 233-5601
Fax: (317) 232-7979
Bradley.Davis@atg.in.gov
Rebekah.Durham@atg.in.gov
Jade.Poorman@atg.in.gov

3