**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LSP TRANSMISSION HOLDINGS II, LLC, ) <br> LS POWER MIDCONTINENT, LLC, ) <br> CENTRAL TRANSMISSION, LLC, ) <br> LS POWER GRID DRS HOLDINGS, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHAIRMAN JAMES F. HUSTON Indiana Utility ) <br> Regulatory Commission, ) <br> COMMISSIONER WESLEY R. BENNETT ) <br> Indiana Utility Regulatory Commission, ) <br> COMMISSIONER SARAH E. FREEMAN ) <br> Indiana Utility Regulatory Commission, ) <br> COMMISSIONER DAVID E. VELETA Indiana ) <br> Utility Regulatory Commission, ) <br> COMMISSIONER DAVID E. ZIEGNER Indiana ) <br> Utility Regulatory Commission, ) <br> ) <br> Defendants. ) <br> ) <br> NORTHERN INDIANA PUBLIC SERVICE ) <br> COMPANY, ) <br> INDIANAPOLIS POWER & LIGHT COMPANY ) <br> d/b/a AES Indiana, ) <br> SOUTHERN INDIANA GAS AND ELECTRIC ) <br> COMPANY d/b/a CenterPoint Energy Indiana ) <br> South, ) <br> DUKE ENERGY INDIANA, LLC, ) <br> ) <br> Intervenor Defendants. ) | Case No. 1:24-cv-01722-TWP-MG |

**PRELIMINARY INJUNCTION**

Pursuant to the Court's Entry on Plaintiffs' Motion for Preliminary Injunction, and in compliance with Federal Rule of Civil Procedure 65(d)(1)(C), the Chair and Commissioners of the Indiana Utility Regulatory Commission, their agents, servants, and employees, and persons acting

in concert or participation with them, are preliminarily **enjoined** from enforcing the rights of first refusal of Indiana Code § 8-1-38-9.  No bond shall be required.

    **SO ORDERED**.

Date:    12/6/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Aaron A. Schmoll
LEWIS & KAPPES
aschmoll@lewis-kappes.com

Erin E. Murphy
CLEMENT & MURPHY, PLLC
erin.murphy@clementmurphy.com

James E. Zoccola
LEWIS & KAPPES PC
jzoccola@lewis-kappes.com

Joseph DeMott
CLEMENT & MURPHY, PLLC
joseph.demott@clementmurphy.com

Matthew D. Rowen
CLEMENT & MURPHY, PLLC
matthew.rowen@clementmurphy.com

Paul D. Clement
CLEMENT & MURPHY, PLLC
paul.clement@clementmurphy.com

Thomas R Jones
LEWIS & KAPPES
tjones@lewis-kappes.com

Todd Arthur Richardson
LEWIS & KAPPES PC
trichardson@lewis-kappes.com

Bradley Davis
OFFICE OF THE INDIANA ATTORNEY GENERAL
bradley.davis@atg.in.gov

Jade Poorman
OFFICE OF THE INDIANA ATTORNEY GENERAL
jade.poorman@atg.in.gov

James A. Barta
OFFICE OF THE INDIANA ATTORNEY GENERAL
james.barta@atg.in.gov

Jenna Lorence
OFFICE OF THE INDIANA ATTORNEY GENERAL
jenna.lorence@atg.in.gov

Rebekah Durham
OFFICE OF THE INDIANA ATTORNEY GENERAL
rebekah.durham@atg.in.gov

Kaitlin O'Donnell
TROUTMAN PEPPER
kaitlin.odonnell@troutman.com

Kevin Michael LeRoy
TROUTMAN PEPPER HAMILTON SANDERS LLP
kevin.leroy@troutman.com

Misha Tseytlin
TROUTMAN PEPPER HAMILTON SANDERS, LLP
misha.tseytlin@troutman.com

Sierra Stockley
TROUTMAN PEPPER
sierra.stockley@troutman.com

William R. Derasmo
TROUTMAN PEPPER
william.derasmo@troutman.com