## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

LSP TRANSMISSION HOLDINGS II, LLC, LS
POWER MIDCONTINENT, LLC, CENTRAL
TRANSMISSION, LLC, *and* LS POWER GRID
DRS HOLDINGS, LLC,

      *Plaintiffs,*

*v.*

JAMES F. HUSTON, *Chairman, Indiana
Utility Regulatory Commission*, WESLEY
R. BENNETT, *Commissioner, Indiana
Utility Regulatory Commission*, SARAH E.
FREEMAN, *Commissioner, Indiana Utility
Regulatory Commission*, DAVID E.
VELETA, *Commissioner, Indiana Utility
Regulatory Commissioner*, *and* DAVID E.
ZIEGNER, *Commissioner, Indiana Utility
Regulatory Commission, each in his or
her official capacity*,

      *Defendants,*

*and*

NORTHERN INDIANA PUBLIC SERVICE
COMPANY, INDIANAPOLIS POWER & LIGHT
COMPANY *d/b/a AES Indiana*, SOUTHERN
INDIANA GAS AND ELECTRIC COMPANY
*d/b/a CenterPoint Energy Indiana South*,
*and* DUKE ENERGY INDIANA, LLC,

      *Intervenor-Defendants.*

Case No. 1:24-cv-01722-TWP-MG

## INTERVENOR-DEFENDANTS NORTHERN INDIANA PUBLIC SERVICE COMPANY, INDIANAPOLIS POWER & LIGHT COMPANY D/B/A AES INDIANA, SOUTHERN INDIANA GAS AND ELECTRIC COMPANY D/B/A CENTERPOINT ENERGY INDIANA SOUTH, AND DUKE ENERGY INDIANA, LLC'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1) and Federal Rule of Appellate Procedure 3, notice is hereby given that Intervenor-Defendants Northern Indiana Public Service Company, Indianapolis Power & Light Company d/b/a AES Indiana, Southern Indiana Gas and Electric Company d/b/a CenterPoint Energy Indiana South, and Duke Energy Indiana, LLC appeal to the U.S. Court of Appeals for the Seventh Circuit the District Court's Entry Granting Plaintiffs' Motion For Preliminary Injunction, entered December 6, 2024, Dkt.70, and Preliminary Injunction Order, also entered December 6, 2024, Dkt.71.

Dated: December 10, 2024.                    Respectfully submitted,

                                             /s/ Misha Tseytlin
                                             MISHA TSEYTLIN
                                             Counsel of Record
WILLIAM R. DERASMO*                          KEVIN M. LEROY
TROUTMAN PEPPER                              KAITLIN L. O'DONNELL
HAMILTON SANDERS LLP                         SIERRA C. STOCKLEY
401 9th Street, N.W.                         TROUTMAN PEPPER
Suite 1000                                   HAMILTON SANDERS LLP
Washington, D.C. 20004                       227 W. Monroe St., Suite 3900
(202) 274.2886                               Chicago, Illinois 60606
william.derasmo@troutman.com                 (608) 999-1240 (MT)
                                             (312) 759-1938 (KL)
  *Admitted pro hac vice                     (302) 777-6541 (KO)
                                             (215) 981-4692 (SS)
                                             (312) 759-1939 (fax)
                                             misha.tseytlin@troutman.com
                                             kevin.leroy@troutman.com
                                             kaitlin.o'donnell@troutman.com
                                             sierra.stockley@troutman.com

                                             Attorneys for Northern Indiana Public
                                             Service Company, Indianapolis Power &
                                             Light Company d/b/a AES Indiana,
                                             Southern Indiana Gas and Electric
                                             Company d/b/a CenterPoint Energy
                                             Indiana South, and Duke Energy
                                             Indiana, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2024, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ *Misha Tseytlin*
MISHA TSEYTLIN