UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

LSP TRANSMISSION HOLDINGS II, LLC, LS POWER MIDCONTINENT, LLC, CENTRAL TRANSMISSION, LLC, *and* LS POWER GRID DRS HOLDINGS, LLC,

        *Plaintiffs*,

*v.*

JAMES F. HUSTON, *Chairman, Indiana Utility Regulatory Commission*, WESLEY R. BENNETT, *Commissioner, Indiana Utility Regulatory Commission*, SARAH E. FREEMAN, *Commissioner, Indiana Utility Regulatory Commission*, DAVID E. VELETA, *Commissioner, Indiana Utility Regulatory Commissioner, and* DAVID E. ZIEGNER, *Commissioner, Indiana Utility Regulatory Commission, each in his or her official capacity*,

        *Defendants*,

*and*

NORTHERN INDIANA PUBLIC SERVICE COMPANY, INDIANAPOLIS POWER & LIGHT COMPANY *d/b/a AES Indiana*, SOUTHERN INDIANA GAS AND ELECTRIC COMPANY *d/b/a CenterPoint Energy Indiana South*, DUKE ENERGY INDIANA, LLC, *and* COMMONWEALTH EDISON COMPANY OF INDIANA, INC.,

        *Intervenor-Defendants.*

Case No. 1:24-cv-01722-TWP-MKK

**INTERVENOR-DEFENDANTS NORTHERN INDIANA PUBLIC SERVICE COMPANY, INDIANAPOLIS POWER & LIGHT COMPANY D/B/A AES INDIANA, SOUTHERN INDIANA GAS AND ELECTRIC COMPANY D/B/A CENTERPOINT ENERGY INDIANA SOUTH, AND DUKE ENERGY INDIANA, LLC'S MOTION TO STAY**

Intervenor-Defendants Northern Indiana Public Service Company, Indianapolis Power & Light Company d/b/a AES Indiana, Southern Indiana Gas and Electric Company d/b/a CenterPoint Energy Indiana South, and Duke Energy Indiana, LLC (collectively, "Intervenor Defendants") move this Court, pursuant to its inherent authority, to stay this matter pending the Seventh Circuit's forthcoming decision in *LSP Transmission Holdings II, LLC v. Huston*, Nos.24-3248, 24-3249 (7th Cir.), and the resolution or conclusion of any proceedings at the U.S. Supreme Court.

Defendant Chairman and Commissioners of the IURC and Intervenor Defendant Commonwealth Edison Company of Indiana, Inc., have advised Intervenor Defendants that they concur in the relief sought in this Motion. Plaintiffs have advised Intervenor Defendants that they intend to oppose this Motion.

Dated: February 4, 2025.

Respectfully submitted,

/s/ Misha Tseytlin

WILLIAM R. DERASMO*
TROUTMAN PEPPER LOCKE LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004
(202) 274.2886
william.derasmo@troutman.com

*Admitted pro hac vice

MISHA TSEYTLIN
*Counsel of Record*
KEVIN M. LEROY
KAITLIN L. O'DONNELL
SIERRA C. STOCKLEY
TROUTMAN PEPPER LOCKE LLP
227 W. Monroe St., Suite 3900
Chicago, Illinois 60606
(608) 999-1240 (MT)
(312) 759-1938 (KL)
(302) 777-6541 (KO)
(215) 981-4692 (SS)
(312) 759-1939 (fax)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com

kaitlin.o'donnell@troutman.com
sierra.stockley@troutman.com

*Attorneys for the Northern Indiana Public Service Company, Indianapolis Power & Light Company d/b/a AES Indiana, Southern Indiana Gas and Electric Company d/b/a CenterPoint Energy Indiana South, and Duke Energy Indiana, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February, 2025, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
MISHA TSEYTLIN