UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LSP TRANSMISSION HOLDINGS II, LLC, <br> LS POWER MIDCONTINENT, LLC, <br> CENTRAL TRANSMISSION, LLC, <br> LS POWER GRID DRS HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CHAIRMAN JAMES F. HUSTON Indiana Utility Regulatory Commission, <br> COMMISSIONER WESLEY R. BENNETT Indiana Utility Regulatory Commission, <br> COMMISSIONER SARAH E. FREEMAN Indiana Utility Regulatory Commission, <br> COMMISSIONER DAVID E. VELETA Indiana Utility Regulatory Commission, <br> COMMISSIONER DAVID E. ZIEGNER Indiana Utility Regulatory Commission, <br><br> Defendants. | No. 1:24-cv-01722-TWP-MKK |

### ORDER

This matter comes before the Court on the Intervenor-Defendants' Motion to Stay, Dkt. [118]. Considering the recent decision by the United States Court of Appeals for the Seventh Circuit,[1] the **GRANTS** said Motion. All proceedings and deadlines in this matter are **STAYED** until further order of the Court. The parties shall file a joint status report within seven (7) days of the expiration of Plaintiffs' time to appeal the Seventh Circuit's decision.

So ORDERED.

Date: 3/19/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email.

---

[1] *LSP Transmission Holdings II, LLC v. Huston*, No. 24-3248, Dkt. 100 (7th Cir. Mar. 13, 2025).