# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

LSP TRANSMISSION HOLDINGS II, LLC, et al.,

    *Plaintiffs*,

v.

JAMES F. HUSTON, *Chairman, Indiana Utility Regulatory Commission*, et al.,

    *Defendants*,

and

NORTHERN INDIANA PUBLIC SERVICE COMPANY, et al.,

    *Intervenor Defendants*.

Case No. 1:24-cv-01722-TWP-MKK

### INTERVENOR DEFENDANTS NORTHERN INDIANA PUBLIC SERVICE COMPANY, INDIANAPOLIS POWER & LIGHT COMPANY D/B/A AES INDIANA, SOUTHERN INDIANA GAS AND ELECTRIC COMPANY D/B/A CENTERPOINT ENERGY INDIANA SOUTH, AND DUKE ENERGY INDIANA, LLC'S MOTION TO DISMISS FOR LACK OF ARTICLE III STANDING OR, ALTERNATIVELY, TO DISMISS OR STAY THIS CASE UNDER THE PRIMARY JURISDICTION DOCTRINE

Intervenor Defendants Northern Indiana Public Service Company, Indianapolis Power & Light Company d/b/a AES Indiana, Southern Indiana Gas and Electric Company d/b/a CenterPoint Energy Indiana South, and Duke Energy Indiana, LLC (collectively, "Intervenor Defendants") respectfully move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(h)(3), to dismiss this case for lack of Plaintiffs' standing under Article III of the Constitution. In the

alternative, Intervenor Defendants move to dismiss or stay this action under the doctrine of primary jurisdiction, per Rules 12(b)(1), (b)(6), 12(h)(3), and/or this Court's inherent authority to manage its docket. Intervenor Defendants provide the grounds for this Motion in their contemporaneously filed Memorandum In Support Of Their Motion To Dismiss For Lack Of Article III Standing Or, Alternatively, To Dismiss Or Stay This Case Under The Primary Jurisdiction Doctrine. For the reasons provided in that Memorandum, Intervenor Defendants respectfully request that this Court grant this Motion.

Dated: April 25, 2025

Respectfully submitted,

WILLIAM R. DERASMO*
TROUTMAN PEPPER LOCKE LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004
(202) 274.2886
william.derasmo@troutman.com

*Admitted pro hac vice

/s/ Misha Tseytlin
MISHA TSEYTLIN
Counsel of Record
KEVIN M. LEROY
KAITLIN L. O'DONNELL
SIERRA C. STOCKLEY
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Suite 4100
Chicago, Illinois 60606
(608) 999-1240 (MT)
(312) 759-1938 (KL)
(302) 777-6541 (KO)
(215) 981-4692 (SS)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com
kaitlin.o'donnell@troutman.com
sierra.stockley@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2025, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

*/s/ Misha Tseytlin*
MISHA TSEYTLIN
