UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LSP TRANSMISSION HOLDINGS II, LLC, <br> LS POWER MIDCONTINENT, LLC, <br> CENTRAL TRANSMISSION, LLC, <br> LS POWER GRID DRS HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CHAIRMAN JAMES F. HUSTON Indiana Utility Regulatory Commission, <br> COMMISSIONER WESLEY R. BENNETT Indiana Utility Regulatory Commission, <br> COMMISSIONER SARAH E. FREEMAN Indiana Utility Regulatory Commission, <br> COMMISSIONER DAVID E. VELETA Indiana Utility Regulatory Commission, <br> COMMISSIONER DAVID E. ZIEGNER Indiana Utility Regulatory Commission, <br><br> Defendants. | No. 1:24-cv-01722-TWP-MKK |

# **ORDER**

Before the Court is Plaintiffs' Motion to Reconsider Stay Order. Dkt. [132]. Plaintiffs request that the Court reconsider its March 20, 2025 Order granting Intervenor-Defendants' Motion to Stay, (Dkt. 131). Plaintiffs contend that the case should not be stayed, as they do not intend to appeal the Seventh Circuit's decision that Plaintiffs lacked standing for purposes of the preliminary injunction. (Dkt. 132 at 2–4). However, Intervenor-Defendants have since filed a Motion to Dismiss for Lack of Article III Standing. *See* Dkt. [139]. A stay of discovery is often warranted when a party raises dispositive threshold issues, such as standing, jurisdiction, or qualified immunity. *Red Barn Motors, Inc. v. Cox Enters., Inc.*, No. 1:14-cv-01589-

TWP-DKL, 2016 WL 1731328, at *3 (S.D. Ind. May 2, 2016). Thus, the Court **DENIES** Plaintiffs' Motion to Reconsider Stay Order, Dkt. [132].

Additionally, the Telephonic Status Conference set for May 14, 2025 is **VACATED**. The Court will schedule a status conference following decisions on the pending Motions to Dismiss, (Dkts. 139, 143, 145).

So ORDERED.

Date: 4/30/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF