UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

---

LSP TRANSMISSION HOLDINGS II, LLC, et al.,

    *Plaintiffs*,

v.

JAMES F. HUSTON, *Chairman, Indiana Utility Regulatory Commission*, et al.,

    *Defendants*,

and

NORTHERN INDIANA PUBLIC SERVICE COMPANY, et al.,

    *Intervenor Defendants*.

Case No. 1:24-cv-01722-TWP-MKK

---

### INTERVENOR DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL POSITION STATEMENT

Intervenor Defendants Northern Indiana Public Service Company, Indianapolis Power & Light Company d/b/a AES Indiana, Southern Indiana Gas and Electric Company d/b/a CenterPoint Energy Indiana South, and Duke Energy Indiana, LLC ("Intervenor Defendants") respectfully submit this short response to Plaintiffs' Supplemental Position Statement Regarding Conduct Of Remand Proceedings, Dkt.148, to make two points. First, Plaintiffs' claim that it is "unclear exactly what proceedings in this matter have been stayed," *id.* at 3, is incorrect. On April 30, 2025, Magistrate Judge Klump denied Plaintiffs' motion for reconsideration and continued the stay pending resolution of the parties' motions to dismiss this case

for lack of subject-matter jurisdiction. Dkt.147. No additional guidance is necessary. Plaintiffs should respond to the motions to dismiss so that this Court may resolve whether it has subject-matter jurisdiction over this action or whether, alternatively and at the very minimum, this case should be dismissed or stayed under the primary jurisdiction doctrine. *See* Dkt.140. Second, there is nothing "asymmetric" about the stay in this case. *Contra* Dkt.148 at 4. As Magistrate Judge Klump noted, courts often stay discovery while considering potentially dispositive threshold issues such as subject-matter jurisdiction. Dkt.147 at 1; *see* Dkt.119 at 8; Dkt.134 at 7. There is, of course, no point in subjecting the parties to the burdens of discovery when this case may well be dismissed for lack of subject-matter jurisdiction or, at minimum, stayed under the primary jurisdiction doctrine. *See* Dkt.140.

Dated: May 7, 2025

                                                              Respectfully submitted,

WILLIAM R. DERASMO*                         */s/ Misha Tseytlin*
TROUTMAN PEPPER LOCKE LLP              MISHA TSEYTLIN
401 9th Street N.W.                                  *Counsel of Record*
Suite 1000                                              KEVIN M. LEROY
Washington, D.C. 20004                       KAITLIN L. O'DONNELL
(202) 274.2886                                    SIERRA C. STOCKLEY
william.derasmo@troutman.com           TROUTMAN PEPPER LOCKE LLP
                                                          111 South Wacker Drive
*Admitted pro hac vice*                          Suite 4100
                                                          Chicago, Illinois 60606
                                                          (608) 999-1240 (MT)
                                                          (312) 759-1938 (KL)
                                                          (302) 777-6541 (KO)
                                                          (215) 981-4692 (SS)
                                                          misha.tseytlin@troutman.com
                                                          kevin.leroy@troutman.com

kaitlin.o'donnell@troutman.com
sierra.stockley@troutman.com

*Attorneys for the Northern Indiana Public Service Company, Indianapolis Power & Light Company d/b/a AES Indiana, Southern Indiana Gas and Electric Company d/b/a CenterPoint Energy Indiana South, and Duke Energy Indiana, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2025, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ *Misha Tseytlin*
MISHA TSEYTLIN