# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LSP TRANSMISSION HOLDINGS II, LLC, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>JAMES F. HUSTON, Chairman, Indiana Utility Regulatory Commission, et al.,<br><br>*Defendants,*<br><br>NORTHERN INDIANA PUBLIC SERVICE COMPANY, et al.,<br><br>*Intervenor Defendants.* | Case No. 1:24-cv-01722-TWP-MKK |

## ORDER

Plaintiffs' unopposed motion for an extension of time is hereby granted. Plaintiffs are directed to file a single, consolidated brief in opposition to the pending motions to dismiss, *see* Dkt.145, Dkt.143, Dkt.139, on or before June 20, 2025. The page limit for this brief shall be 40 pages.

**IT IS SO ORDERED.**

Date: 5/14/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF