## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| LSP Transmission Holdings II, LLC, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) ) | Case No. 1:24-cv-01722-TWP-MKK |
| James F. Huston, Chairman, Indiana Utility Regulatory Commission, et al., | ) ) ) | |
| *Defendants,* | ) ) ) | |
| Northern Indiana Public Service Company, et al., | ) ) ) ) | |
| *Intervenor-Defendants.* | ) ) | |

## <u>MOTION TO APPEAR *PRO HAC VICE*</u>

Jeffrey C. Thalhofer, under S.D. Ind. L.R. 83-6(a), respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel for Plaintiffs, LSP Transmission Holdings II, LLC, LS Power Midcontinent, LLC, Central Transmission, LLC, and LS Power Grid DRS Holdings, LLC, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing in the United States District Court for the District of Columbia (admitted 05/03/2021).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.      I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* in the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.      The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: July 10, 2025

Respectfully submitted,

s/Jeffrey C. Thalhofer
Jeffrey C. Thalhofer
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
Jeff.Thalhofer@clementmurphy.com