# Exhibit A

| | |
|---|---|
| **From:** | Joe DeMott <Joseph.DeMott@clementmurphy.com> |
| **Sent:** | Friday, July 11, 2025 6:29 AM |
| **To:** | O'Donnell, Kaitlin L.; Erin Murphy; Paul Clement; Aaron Schmoll; James E. Zoccola; Matthew Rowen; Thomas Jones; Todd A. Richardson; Jeff Thalhofer |
| **Cc:** | Tseytlin, Misha; Derasmo, William R.; LeRoy, Kevin M.; Lorence, Jenna M; Davis, Bradley S; Schauf, Zachary C. |
| **Subject:** | RE: LSP Transmission v. Huston, No.1:24-cv-01722-TWP-MKK (S.D. Ind.) |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Kaitlin:

The Court's order of May 21 does not say that all deadlines previously set forth in the case management order are no longer applicable, as your email suggests. It says: "All discovery and related deadlines are **STAYED** pending resolution of Defendants' Motions to Dismiss." Dkt.153 at 8. We do not view the court's order that each party "file a statement of the claims or defenses it intends to prove at trial" to establish a discovery-related deadline, so we timely filed our statement by the July 7 deadline.

Best,
Joe

**From:** O'Donnell, Kaitlin L. <Kaitlin.O'Donnell@troutman.com>
**Sent:** Thursday, July 10, 2025 1:25 PM
**To:** Erin Murphy <erin.murphy@clementmurphy.com>; Joe DeMott <Joseph.DeMott@clementmurphy.com>; Paul Clement <paul.clement@clementmurphy.com>; Aaron Schmoll <aschmoll@lewis-kappes.com>; James E. Zoccola <jzoccola@lewis-kappes.com>; Matthew Rowen <matthew.rowen@clementmurphy.com>; Thomas Jones <tjones@lewis-kappes.com>; Todd A. Richardson <trichardson@lewis-kappes.com>
**Cc:** Tseytlin, Misha <Misha.Tseytlin@troutman.com>; Derasmo, William R. <william.derasmo@troutman.com>; LeRoy, Kevin M. <Kevin.LeRoy@troutman.com>; Lorence, Jenna M <jenna.lorence@atg.in.gov>; Davis, Bradley S <bradley.davis@atg.in.gov>; Schauf, Zachary C. <zschauf@jenner.com>
**Subject:** LSP Transmission v. Huston, No.1:24-cv-01722-TWP-MKK (S.D. Ind.)

Dear counsel:

We are in receipt of Plaintiffs' Statement of Claims, which was filed consistent with the schedule set forth in the Court's February 11, 2025 case management order. Pursuant to the Magistrate Judge's subsequent stay order, issued on March 19, 2025, and the Court's entry overruling Plaintiffs' Objection to the Order of the Magistrate Judge Denying Motion to Reconsider Stay Order, issued on May 21, 2025, the deadlines previously set forth in the case management order are no longer applicable, as the parties await the Court's resolution of the pending motions to dismiss. Should the motions be denied, the parties will need to coordinate with Magistrate Judge Klump to reset all remaining case deadlines.

We assume that Plaintiffs filed their Statement of Claims without reliance on the stayed case management order deadlines, but would like to understand your position out of an abundance of caution. Specifically, while we do not want to bother the Court with this issue, to the extent Plaintiffs are interpreting the stay order to apply to some case deadlines but not others, we would appreciate insight into Plaintiffs' position so that the parties may seek clarification from the Court as soon as possible.

Thank you, and please don't hesitate to reach out if you would like to discuss.

Best,
Kait

## Kaitlin L. O'Donnell
**Associate**
Direct: 302.777.6541 | Mobile: 704.654.0001
kaitlin.o'donnell@troutman.com

### troutman pepper locke
1313 N. Market Street
Suite 1000
P.O.Box 1709
Wilmington, DE 19801
troutman.com

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.