# Exhibit B

| | |
|---|---|
| **From:** | Joe DeMott <Joseph.DeMott@clementmurphy.com> |
| **Sent:** | Monday, August 4, 2025 9:02 AM |
| **To:** | O'Donnell, Kaitlin L.; Tseytlin, Misha; Derasmo, William R.; LeRoy, Kevin M.; Lorence, Jenna M; Davis, Bradley S; Poorman, Jade; Schauf, Zachary C.; Ramamurti, Arjun R. |
| **Cc:** | Erin Murphy; Matthew Rowen; Todd A. Richardson |
| **Subject:** | LSP Transmission v. Huston, No.1:24-cv-01722-TWP-MKK (S.D. Ind.) |

Counsel:

Plaintiffs plan to file a motion for partial summary judgment on their Commerce Clause claim later this week.  Per Judge Pratt's standing order, I am writing to ask whether any of your clients plans to file a cross-motion for summary judgment (rather than an opposition brief).  We ask that each party provide its position no later than 12pm CT on Wednesday, August 6.

Best,
Joe

**Joseph J. DeMott**

**Clement & Murphy, PLLC**
706 Duke Street
Alexandria, VA 22314
(202) 742-8893
joseph.demott@clementmurphy.com