UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LSP Transmission Holdings II, LLC, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| James F. Huston, Chairman, Indiana Utility Regulatory Commission, *et al.*, | ) ) ) |
| *Defendants*, | ) ) |
| Northern Indiana Public Service Company, *et al.*, | ) ) ) |
| *Intervenor Defendants.* | ) |

Case No. 1:24-cv-01722-TWP-MKK

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. L.R. 83-6(a), Kenneth R. Stark, II respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the Industrial Energy Consumers of America ("IECA"), the Coalition of MISO Transmission Customers ("CMTC"), and the Wisconsin Industrial Energy Group ("WIEG") (together, "Industrial Consumers") in the above-styled cause only. In support of this motion, the undersigned states:

    1.    I am admitted to practice, currently in active status, and in good standing in the following United States court(s) and/or state's highest court(s): Pennsylvania (2012), New Jersey (2012), the District of Columbia (2024), and the United States Supreme Court (2015) as well as U.S. Court of Appeals for the Third Circuit (2014), Fourth Circuit (2024),

Sixth Circuit (2022), Seventh Circuit (2025), and the District of Columbia Circuit (2020).

    2.    I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state of the United States. I have never received a reprimand or been subject to other disciplinary action from any court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

    3.    I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

    4.    The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: August 12, 2025

Respectfully submitted,

*/s/ Kenneth R. Stark*
Kenneth R. Stark
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA  17101
Phone: (717) 232-8000
Fax: (717) 237-5300
kstark@mcneeslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, a true and correct copy of the foregoing was filed with this Court using the Court's CM/ECF system, which will serve notice on the attorneys of record in this case.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Kenneth R. Stark*
Kenneth R. Stark

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LSP Transmission Holdings II, LLC, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) ) |
| James F. Huston, Chairman, Indiana Utility Regulatory Commission, *et al.*, | ) ) Case No. 1:24-cv-01722-TWP-MKK ) ) |
| *Defendants*, | ) ) ) |
| Northern Indiana Public Service Company, *et al.*, | ) ) ) |
| *Intervenor Defendants*. | ) |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Kenneth R. Stark, II, counsel for the Industrial Energy Consumers of America ("IECA"), the Coalition of MISO Transmission Customers ("CMTC"), and the Wisconsin Industrial Energy Group ("WIEG") (together, "Industrial Consumers"), for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows;

Kenneth R. Stark, II
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA  17101
Phone: (717) 232-8000
Fax: (717) 237-5300
kstark@mcneeslaw.com

Applicant shall register for electronic filing, as required by S.D. Ind. L.R. 5-3,

within ten (10) days of the entry of this Order.

Dated: _____  _____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF