# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LSP Transmission Holdings II, LLC, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) |
| James F. Huston, Chairman, Indiana Utility Regulatory Commission, *et al.*, | ) ) ) ) |
| *Defendants*, | ) ) |
| Northern Indiana Public Service Company, *et al.*, | ) ) ) ) |
| *Intervenor Defendants*. | ) |

Case No. 1:24-cv-01722-TWP-MKK

## MOTION OF INDUSTRIAL ENERGY CONSUMERS OF AMERICA, COALITION OF MISO TRANSMISSION CUSTOMERS, AND WISCONSIN INDUSTRIAL ENERGY GROUP FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

The Industrial Energy Consumers of America ("IECA"), the Coalition of MISO Transmission Customers ("CMTC"), and the Wisconsin Industrial Energy Group ("WIEG") (together, "Industrial Consumers" or "Amici") request leave to file the *amici curiae* brief, attached as **Exhibit A**, in the above-captioned proceeding, in support of LSP Transmission Holdings II, LLC, LS Power Midcontinent, LLC, Central Transmission LLC, and LS Power Grid DRS Holdings, LLC's ("Plaintiffs") Motion for Summary Judgment being filed concurrently with this motion.

Counsel for *amici* has notified counsel of all parties of its intention to file this motion and brief. Defendants James F. Huston and the Indiana Utility Regulatory

Commission informed the Industrial Consumers that they take no position on this motion. Plaintiffs stated that they consent to this motion.

      1.      IECA is a nonpartisan association of leading manufacturing companies with $1.3 trillion in annual sales, over 12,000 facilities nationwide – and with more than 1.9 million employees. IECA was founded on the belief that a robust, diverse and affordable supply of energy is required to sustain economic growth, quality of life for our citizens, and the competitiveness of industry. IECA promotes the interests of manufacturing companies through advocacy and collaboration for which the availability, use and cost of energy, power or feedstock play a significant role in their ability to compete in domestic and world markets. IECA membership represents a diverse set of industries including: defense industries, chemicals, plastics, steel, iron ore, aluminum, paper, food processing, fertilizer, insulation, glass, industrial gases, pharmaceutical, consumer goods, building products, automotive, independent oil refining, and cement all of which use tremendous amounts of electricity in their industrial processes. IECA has members in every state, including Indiana. Most IECA member companies are energy intensive trade exposed, which means that relatively small increases in the price of electricity can have relatively high negative impacts to their global competitiveness – directly impacting jobs and investment. The industrial sector's ability to maintain and reshore jobs and increase U.S. investment is tied directly to electricity costs. IECA companies compete directly with China state owned enterprises whose electricity prices are subsidized by their government. Manufacturers open, close, and relocate their businesses due in large part to the cost of energy and the regulatory environment of a particular area. Pertinent to the State of Indiana, IECA member companies pay electric transmission rates that are assessed by

transmission owners in the electricity grid operated by the Midcontinent Independent System Operator, Inc. ("MISO") and PJM Interconnection, L.L.C. ("PJM"), regional transmission organizations ("RTOs") regulated by the Federal Energy Regulatory Commission ("FERC").

2. CMTC member companies have facilities throughout the MISO grid. For the past 25 years, CMTC has participated in MISO market and transmission issues, and has actively supported competition for transmission projects within the MISO stakeholder process, before FERC, United States Courts of Appeals, and the United States Supreme Court. CMTC members pay electric transmission rates that are assessed by MISO transmission owners. Some CMTC member facilities are assessed transmission charges as a separate, stand-alone charge on invoices assessed by market suppliers. Other CMTC facilities pay for transmission charges on a bundled basis, as a component of retail electricity charges that also include charges for generation and distribution service.

3. WIEG is a voluntary member association consisting of large industrial and commercial customers in the State of Wisconsin, including manufacturing industries in paper, printing, malting, automobile, food processing, chemical, metal casting, and fabricating. WIEG members collectively employ roughly 35,000 people in Wisconsin and consume 5.3 billion kilowatt-hours of electricity each year. Electric transmission charges paid by most WIEG members are passed through by transmission dependent utilities via formula rate schedules for American Transmission Company LLC in MISO's FERC-jurisdictional tariff. Transmission dependent utilities also pass through transmission costs of projects that are cost shared throughout the MISO region. WIEG is very concerned about affordability and the impact the rising trend in transmission costs will have on

customers. WIEG strongly opposed the Wisconsin legislation proposing preferential rights for incumbent utilities during the 2021-2022 and 2023-24 legislative sessions.[1]

4. The outcome of this case will impact the cost of electricity paid by the Industrial Consumers both in Indiana and throughout the interstate electricity grid operated by MISO. MISO coordinates, controls, and monitors electric transmission systems across 15 states. Accordingly, the Industrial Consumers have a significant interest in the outcome of this case and the Court's ruling. The amici curiae brief will assist the Court in resolving the issues presented and understanding the economic impact on large energy users in the State of Indiana and surrounding states.

5. Accordingly, the Industrial Consumers are conditionally filing their brief with this motion for leave.

---

[1] *See* Wisconsin Business, "Transmission Line Bill Most Lobbied Legislation in '23-'24 Session, Aug. 19, 2024, available at https://www.wisbusiness.com/2024/transmission-line-bill-most-lobbied-legislation-in-23-24-session/, (last accessed Aug. 12, 2025).

WHEREFORE, the Industrial Energy Consumers of America, the Coalition of MISO Transmission Customers, and the Wisconsin Industrial Energy Group respectfully request leave to file the attached amici curiae brief.

Dated: August 12, 2025

Respectfully submitted,

*/s/ Kenneth R. Stark*
Kenneth R. Stark
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101
Phone: (717) 232-8000
Fax: (717) 237-5300
kstark@mcneeslaw.com

*Counsel to the Industrial Energy Consumers of America and the Coalition of MISO Transmission Customers and on behalf of the Wisconsin Industrial Energy Group*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

*/s/ Kenneth R. Stark*
Kenneth R. Stark
