UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LSP TRANSMISSION HOLDINGS II, LLC, ) <br> LS POWER MIDCONTINENT, LLC, ) <br> CENTRAL TRANSMISSION, LLC, ) <br> LS POWER GRID DRS HOLDINGS, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHAIRMAN JAMES F. HUSTON Indiana Utility ) <br> Regulatory Commission, ) <br> COMMISSIONER WESLEY R. BENNETT ) <br> Indiana Utility Regulatory Commission, ) <br> COMMISSIONER SARAH E. FREEMAN ) <br> Indiana Utility Regulatory Commission, ) <br> COMMISSIONER DAVID E. VELETA Indiana ) <br> Utility Regulatory Commission, ) <br> COMMISSIONER DAVID E. ZIEGNER Indiana ) <br> Utility Regulatory Commission, ) <br> ) <br> Defendants. ) <br> ) <br> NORTHERN INDIANA PUBLIC SERVICE ) <br> COMPANY, ) <br> INDIANAPOLIS POWER & LIGHT COMPANY ) <br> d/b/a AES Indiana, ) <br> SOUTHERN INDIANA GAS AND ELECTRIC ) <br> COMPANY d/b/a CenterPoint Energy Indiana ) <br> South, ) <br> DUKE ENERGY INDIANA, LLC, ) <br> COMMONWEALTH EDISON COMPANY OF ) <br> INDIANA, INC., ) <br> ) <br> Intervenor Defendants. ) <br> ) <br> Industrial Energy Consumers of America, ) <br> Coalition of MISO Transmission Customers, ) <br> Wisconsin Industrial Energy Group, ) <br> CITIZENS ACTION COALITION OF INDIANA, ) <br> INC., ) | Case No. 1:24-cv-01722-TWP-MKK |

| | |
|---|---|
| Wisconsin Citizens Utility Board, | ) |
| Illinois Citizens Utility Board, | ) |
| | ) |
| Amicus. | ) |

## ORDER ON DEFENDANTS' AND INTERVENOR DEFENDANTS' MOTIONS FOR CLARIFICATION AND EXTENSION OF TIME

This matter is before the Court on Defendants' and Intervenor Defendants' Joint Motion for Clarification (Filing No. 163) and Motion for Extension of Time (Filing No. 177). On May 21, 2025, this Court overruled Plaintiffs' objection to the Magistrate Judge's stay orders and held that "[a]ll discovery and related deadlines are **STAYED** pending resolution of the Defendants' Motions to Dismiss." (Filing No. 153). Defendants and Intervenor Defendants now request that the Court "clarify that all deadlines in the Case Management Order, Dkt. 122, were stayed[.]" (Filing No. 163). Alternatively, both groups of Defendants request an extension of time to respond to Plaintiffs' pending Partial Motion for Summary Judgment. (Filing No. 177). Plaintiffs oppose both motions.

Defendants' and Intervenor Defendants' Joint Motion for Clarification, (Filing No. 163) is **DENIED** because no clarification is needed. The Court's original order rejected the contention that the Magistrate Judge intended to stay "all proceedings"; rather, the order made clear that discovery is stayed, but all other case management deadlines—including briefing on dispositive motions—are not. Defendants and Intervenor Defendants must, therefore, respond to the pending Partial Motion for Summary Judgment (Filing No. 164) notwithstanding the discovery stay.

Defendants have shown good cause for needing an extension, and given the delay caused by these motions, the Defendants' Motion for Extension of Time (Filing No. 177) is **GRANTED.** Defendants and Intervenor Defendants shall file their responses to the Partial Motion for Summary Judgement **no later than October 31, 2025**. Plaintiffs may file their reply in support of the motion **within 14 days** after a response is served. (*See* Local Rule 65-1(c)).

**SO ORDERED**.

Date: 8/27/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

David C. Bender
MCGILLIVRAY WESTERBERG & BENDER LLC
bender@mwbattorneys.com

Paul D. Clement
Clement & Murphy, PLLC
paul.clement@clementmurphy.com

Bradley Davis
Office of IN Attorney General
bradley.davis@atg.in.gov

Joseph DeMott
Clement & Murphy, PLLC
joseph.demott@clementmurphy.com

William R. Derasmo
Troutman Pepper
william.derasmo@troutman.com

Ian Heath Gershengorn
Jenner & Block LLP
igershengorn@jenner.com

Thomas R Jones
Lewis Kappes
tjones@lewis-kappes.com

Kevin Michael LeRoy
Troutman Pepper Hamilton Sanders LLP
kevin.leroy@troutman.com

Jenna Lorence
INDIANA ATTORNEY GENERAL
jenna.lorence@atg.in.gov

Erin E. Murphy
Clement & Murphy, PLLC
erin.murphy@clementmurphy.com

Kaitlin O'Donnell
Troutman Pepper Locke LLP
kaitlin.odonnell@troutman.com

Arjun Ramamurti
Jenner & Block LLP
aramamurti@jenner.com

Todd Arthur Richardson
LEWIS & KAPPES PC
trichardson@lewis-kappes.com

Melissa Megan Root
JENNER & BLOCK LLP
mroot@jenner.com

Matthew D. Rowen
Clement & Murphy, PLLC
matthew.rowen@clementmurphy.com

Zachary C. Schauf
JENNER & BLOCK LLP
zschauf@jenner.com

Aaron A. Schmoll
Lewis Kappes
aschmoll@lewis-kappes.com

Kenneth Riley Stark, II
McNees Wallace and Nurick LLC
kstark@mcneeslaw.com

Jeffrey Thalhofer
jeff.thalhofer@clementmurphy.com

Misha Tseytlin
Troutman Pepper Locke LLP
misha.tseytlin@troutman.com

James E. Zoccola
LEWIS & KAPPES PC
jzoccola@lewis-kappes.com