UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LSP TRANSMISSION HOLDINGS II, LLC, ) <br> LS POWER MIDCONTINENT, LLC, ) <br> CENTRAL TRANSMISSION, LLC, ) <br> LS POWER GRID DRS HOLDINGS, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHAIRMAN JAMES F. HUSTON Indiana ) <br> Utility Regulatory Commission, ) <br> COMMISSIONER WESLEY R. BENNETT ) <br> Indiana Utility Regulatory Commission, ) <br> COMMISSIONER SARAH E. FREEMAN ) <br> Indiana Utility Regulatory Commission, ) <br> COMMISSIONER DAVID E. VELETA ) <br> Indiana Utility Regulatory Commission, ) <br> COMMISSIONER DAVID E. ZIEGNER ) <br> Indiana Utility Regulatory Commission, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) <br> ) <br> NORTHERN INDIANA PUBLIC SERVICE ) <br> COMPANY, ) <br> INDIANAPOLIS POWER & LIGHT ) <br> COMPANY d/b/a AES Indiana, ) <br> SOUTHERN INDIANA GAS AND ) <br> ELECTRIC COMPANY d/b/a CenterPoint ) <br> Energy Indiana South, ) <br> DUKE ENERGY INDIANA, LLC, ) <br> COMMONWEALTH EDISON COMPANY ) <br> OF INDIANA, INC., ) <br> ) <br> Intervenor ) <br> Defendants. ) <br> _____ ) | No. 1:24-cv-01722-TWP-MKK |

## ORDER

This matter comes before the Court on the Plaintiff's Unopposed Request for a Telephonic Status Conference, Dkt. [188]. The Court, having considered the matter fully, now **GRANTS** said Motion. This matter is set for a telephonic status conference on **October 8, 2025,** at **10:00 a.m. (Eastern).** Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

So **ORDERED**.

Date: 10/01/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via CM/ECF