UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LSP TRANSMISSION HOLDINGS II, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  No. 1:24-cv-01722-TWP-MKK ) |
| CHAIRMAN JAMES F. HUSTON, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On October 2, 2025, Intervenor Defendants filed an unopposed Motion to reschedule the telephonic status conference presently set for October 8, 2025. Dkt. [191]. The Court hereby **GRANTS** the Motion and resets the October 8, 2025, telephonic status conference for **October 3, 2025, at 4:00 p.m. (Eastern)**.

Counsel shall call telephone number **(571) 353-2301** and enter **Guest Meeting ID 686088371** to participate in the conference.

So ORDERED.

Date: 10/03/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email