# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

LSP Transmission Holdings II, LLC, et al.,

        *Plaintiffs*,

        v.

James F. Huston, Chairman, Indiana Utility Regulatory Commission, et al.,

        *Defendants,*

Northern Indiana Public Service Company, et al.,

        *Intervenor Defendants.*

Case No. 1:24-cv-01722-TWP-MKK

## <u>MOTION TO AMEND EXHIBIT</u>

Defendants, in their official capacities, by counsel, respectfully move to amend Exhibit B to Defendants' Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment, Dkt. 201-2. Defendants inadvertently failed to include three attachments to Exhibit B in their October 31, 2025, filing. Defendants state that no party will be prejudiced by receiving these attachments one business day after the original filing and ask the Court to accept Exhibit B as amended and attached hereto.

WHEREFORE, Defendants respectfully move the Court to accept amended Exhibit B to Defendants' Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment.

        Respectfully submitted,

        Theodore E. Rokita
        Attorney General of Indiana
        Attorney No. 18857-49

Date: <u>November 3, 2025</u>      By: <u>/s/ *Bradley S. Davis*</u>

Bradley S. Davis
James A. Barta
John P. Lowrey
Office of Attorney General Todd Rokita
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone/Fax: (317) 233-5601/(317) 232-7979
E-mail:  Bradley.Davis@atg.in.gov