UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LSP TRANSMISSION HOLDINGS II, LLC,<br>LS POWER MIDCONTINENT, LLC,<br>CENTRAL TRANSMISSION, LLC,<br>LS POWER GRID DRS HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHAIRMAN JAMES F. HUSTON Indiana<br>Utility Regulatory Commission,<br>COMMISSIONER WESLEY R. BENNETT<br>Indiana Utility Regulatory Commission,<br>COMMISSIONER SARAH E. FREEMAN<br>Indiana Utility Regulatory Commission,<br>COMMISSIONER DAVID E. VELETA<br>Indiana Utility Regulatory Commission,<br>COMMISSIONER DAVID E. ZIEGNER<br>Indiana Utility Regulatory Commission,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:24-cv-01722-TWP-MKK |
| NORTHERN INDIANA PUBLIC SERVICE<br>COMPANY,<br>INDIANAPOLIS POWER & LIGHT<br>COMPANY d/b/a AES Indiana,<br>SOUTHERN INDIANA GAS AND<br>ELECTRIC COMPANY d/b/a CenterPoint<br>Energy Indiana South,<br>DUKE ENERGY INDIANA, LLC,<br>COMMONWEALTH EDISON COMPANY<br>OF INDIANA, INC.,<br><br>Intervenor<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Industrial Energy Consumers of America,<br>Coalition of MISO Transmission Customers, | )<br>) | |

| Wisconsin Industrial Energy Group, | ) |
| CITIZENS ACTION COALITION OF | ) |
| INDIANA, INC., | ) |
| Wisconsin Citizens Utility Board, | ) |
| Illinois Citizens Utility Board, | ) |
| | ) |
| Amicuss. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Vacate December 5, 2025 Deadline to Submit Final witness and Exhibit Lists, Dkt. [209]. Discovery and related deadlines in this case have been stayed pending resolution of the pending Motions to Dismiss, (Dkts. 139, 143, 145). (*See* Dkts. 153, 179, 193). Additionally, the deadline for Defendants and Intervenor Defendants to file cross-motions for summary judgment have also been stayed pending resolution of the motions to dismiss. (*See* Dkt. 193). Parties now request that the Court vacate the existing December 5, 2025, deadline for the parties to submit final witness and exhibit lists in the case management plan in light of the existing stay on discovery.

The Court, being duly advised, hereby **GRANTS** the Motion, Dkt. [209], and **VACATES** the December 5, 2025, deadline for final witness and exhibit lists. The Court also, *sua sponte*, **VACATES** the February 6, 2026, deadline for expert motions in limine. After the Court issues a ruling on any of the pending Motions to Dismiss, (Dkts. 139, 143, 145), or the pending Motion for Partial Summary Judgment, (Dkt. 164), the undersigned will revisit the propriety of a continued stay of the deadlines for final witness and exhibit lists and for expert motions in limine.

So **ORDERED**.

Date: 12/1/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

2

Distribution:

All ECF-registered counsel of record via CM/ECF