UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LSP TRANSMISSION HOLDINGS II, LLC,    )
LS POWER GRID MIDCONTINENT, LLC,      )
CENTRAL TRANSMISSION, LLC,            )
LS POWER GRID DRS HOLDINGS, LLC,      )
                                      )
                Plaintiffs,           )
                                      )
        v.                            )        No. 1:24-cv-01722-TWP-MKK
                                      )
ANDREW R. ZAY,                        )
ROBERT J. DEIG,                       )
ANTHONY F. SWINGER,                   )
COMMISSIONER DAVID E. VELETA,         )
COMMISSIONER DAVID E. ZIEGNER,        )
                                      )
                Defendants.           )
                                      )

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

On May 21, 2026, the Parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge. The Parties discussed case status.

This matter is set for a telephonic status conference on **September 15, 2026, at 2:30 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 05/21/2026

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.