# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

TRANSMISSION HOLDINGS II,LLC )
et al.                        )
                              )
            Plaintiff,        )
                              )
        v.                    ) Case No.: 1:24-cv-1722-TWP-MG
                              )
JAMES F. HUSTON, Chairman,    )
Utility Regulatory Commission,)
et al.                        )
                              )
            Defendants.       )

## ACKNOWLEDGEMENT OF MOTION TO SUBSTITUTE APPEARANCE

Defendants, Defendants, **Andrew R. Zay,** Chairman, Indiana Utility Regulatory Commission, in his official capacity; **Robert J. Deig**, Commissioner, Indiana Utility Regulatory Commission, in his official capacity; **Anthony F. Swinger**, Commissioner, Indiana Utility Regulatory Commission, in his official capacity; **David E. Veleta**, Commissioner, Indiana Utility Regulatory Commission, in his official capacity; and, **David E. Ziegner**, Commissioner, Indiana Utility Regulatory Commission, in his official capacity, by counsel, John E. Oberdorf, Deputy Attorney General, filed a Motion to Withdraw the Appearance of Bradley S. Davis. The Court, having reviewed the motion and being duly advised in the premises, now **GRANTS** said motion

**IT IS, THEREFORE, ORDERED** by the Court that the appearance of Bradley S. Davis, Deputy Attorney General, is hereby withdrawn, and the

Appearance of John E. Oberdorf is entered for the aforementioned defendants.  The appearances of Deputy Attorneys General James A. Barta and John P. Lowrey, are to remain in effect.

Date: 7/8/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Copies to:**
All ECF Counsel of Record